**Electronically Filed**
**Supreme Court**
**SCPW-24-0000076**
**05-APR-2024**
**07:51 AM**
**Dkt. 7 ODDP**

SCPW-24-0000076

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GARRETH A. GRAHAM, Petitioner,

vs.

FIRST CIRCUIT COURT, STATE OF HAWAI'I;
and HAWAI'I PAROLING AUTHORITY, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-19-0000005)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed February 5, 2024, and the record, Petitioner may seek relief from the Intermediate Court of Appeals in the pending appeal of the circuit court's ruling on the petition for post-conviction relief.  This appeal is under case number CAAP-23-0000736.  An extraordinary writ from this court is unwarranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, April 5, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens